Christopher S. Alvarez (SBN 294795)
E-Mail:  calvarez@fisherphillips.com
Elizabeth C. Lobaugh (SBN 327252)
E-Mail: elobaugh@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION, successor
by merger to FEDEX GROUND PACKAGE SYSTEM,
INC.

Leora J. Perkowski
PERKOWSKI LAW OFFICE
4719 Quail Lakes Drive, Suite G-101
Stockton, CA 95207
Telephone: 209-373-0069
Facsimile: 209-478-8708
Email: perkowski.law@gmail.com

Attorney for Plaintiff
WESLEY PERKOWSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY PERKOWSKI,<br><br>               Plaintiff,<br><br>   v.<br><br>FEDEX GROUND PACKAGE SYSTEM,<br>INC. and DOES 1 TO 10,<br><br>               Defendants. | CASE NO.: 2:23-CV-02803-DJC-JDP<br><br>*[Removed from San Joaquin County Superior Court, Case No. STK-CV-UWT-2023-0011482]*<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER**<br><br>Complaint Filed:  November 1, 2023<br>Trial Date:        November 10, 2025 |

Pursuant to Locale Rule 144, Plaintiff WESLEY PERKOWSKI ("Plaintiff") and Defendant FEDEX GROUND PACKAGE SYSTEM INC., ("Defendant") ("collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate and respectfully request that the Court continue the fact and expert discovery cutoff and associated deadlines as follows.

WHEREAS, on February 2, 2024, this Court issued a Scheduling Order establishing the discovery deadline dates for the instant matter [Dkt. 7];

WHEREAS, in the Scheduling Order the Court set a fact discovery cutoff of December 13, 2024; [*Id.*]

WHEREAS, in the Scheduling Order the Court set a cutoff for the Parties to disclose expert witnesses and produce reports in accordance with FRCP 26(a)(2) by January 10, 2025; [*Id.*]

WHEREAS, in the Scheduling Order the Court set a cutoff for the Parties to disclose rebuttal expert witnesses and produce reports in accordance with FRCP 26(a)(2) by February 7, 2025; [*Id.*]

WHEREAS, in the Scheduling Order the Court set an expert witness discovery cutoff of March 7, 2025; [*Id.*]

WHEREAS, the Parties have not requested any prior extension or change to the Scheduling Order's discovery cutoff dates;

WHEREAS, the Parties have engaged in and continue to engage in fact discovery, but because of unforeseen delays, including witness injury and unavailability, for timely noticed depositions, and

WHEREAS, the Parties have and continue to cooperate in the exchange of necessary discovery, and therefore agree to extend the deadline for the fact discovery consisting of:

      a.     Depositions of Plaintiff's medical provider(s);

      b.     Deposition of Defendant's employee(s):

      c.     Written discovery limited to an additional 15 Interrogatories; and

      d.     Requests for documents limited to documents identified during the deposition of the above identified deponents.

WHEREAS, the Parties have engaged in and continue to engage in fact discovery necessary for both Parties, and therefore agree to extend the deadline for the expert witnesses taking into account the new fact discovery cutoff date;

JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER
FP 53077174.1

WHEREAS, FRCP 29(b) allows for Parties to stipulate that other procedures governing or limiting discovery be modified;

WHEREAS, such stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery, for hearing a motion, or for trial;

WHEREAS, the Parties seek to resolve the issue without additional motion work;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order;

WHEREAS, no party will be prejudiced by the requested extensions, and

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court, subject to its availability, permitting the following new deadlines:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Fact Discovery | 12/13/2024 | 2/28/2025 |
| Initial Expert Disclosure and Reports | 1/10/2025 | 3/14/2025 |
| Rebuttal Expert Disclosure and Reports | 2/7/2025 | 4/4/2025 |
| Expert Discovery | 3/7/2025 | 4/25/2025 |
| Dispositive Motions | 5/16/2025 | No Change |
| Last day for hearing on Dispositive Motions | 6/26/2025 | No Change |
| Final Pretrial Conference | 9/11/2025 | No Change |
| Trial | 11/10/2025 | No Change |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER

FP 53077174.1

1  **IT IS SO STIPULATED.**

2  DATE: December 10, 2024                    FISHER & PHILLIPS LLP

3

4                                             By: */s/ Elizabeth C. Lobaugh*
                                                 Christopher S. Alvarez
5                                                Elizabeth C. Lobaugh

6                                              Attorneys for Defendant
                                               FEDERAL EXPRESS CORPORATION, successor by
7                                              merger to FEDEX GROUND PACKAGE SYSTEM,
                                               INC.
8

9

10 DATE: December 10, 2024                    PERKOWSKI LAW OFFICE

11

12                                            By: */s/ Leora J. Perkowski*
                                                  Leora J. Perkowski
13
                                               Attorney for Plaintiff
14                                             WESLEY PERKOWSKI

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER
FP 53077174.1

1

**ORDER**

2        Having read and considered the Parties' Joint Stipulation, for good cause appearing, the Court

3    ORDERS that the discovery schedule be MODIFIED as stipulated by the parties:

4

5

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Fact Discovery | 12/13/2024 | 2/28/2025 |
| Initial Expert Disclosure and Reports | 1/10/2025 | 3/14/2025 |
| Rebuttal Expert Disclosure and Reports | 2/7/2025 | 4/4/2025 |
| Expert Discovery | 3/7/2025 | 4/25/2025 |
| Dispositive Motions | 5/16/2025 | No Change |
| Last day for hearing on Dispositive Motions | 6/26/2025 | No Change |
| Final Pretrial Conference | 9/11/2025 | No Change |
| Trial | 11/10/2025 | No Change |

6

7

8

9

10

11

12

13

14

15

16    **IT IS SO ORDERED.**

17

18    Dated:  December 10, 2024                    /s/ Daniel J. Calabretta

                                            THE HONORABLE DANIEL J. CALABRETTA
19                                          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER
FP 53077174.1