1  Christopher S. Alvarez (SBN 294795)
   E-Mail: calvarez@fisherphillips.com
2  Elizabeth C. Lobaugh (SBN 327252)
   E-Mail: elobaugh@fisherphillips.com
3  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 2400
4  Sacramento, California 95814
   Telephone: (916) 210-0400
5  Facsimile: (916) 210-0401

6  Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION, successor
7  by merger to FEDEX GROUND PACKAGE SYSTEM,
   INC.
8

9  Leora J. Perkowski
   Email: perkowski.law@gmail.com
10 PERKOWSKI LAW OFFICE
   4719 Quail Lakes Drive, Suite G-101
11 Stockton, CA 95207
   Telephone: 209-373-0069
12 Facsimile: 209-478-8708

13 Attorney for Plaintiff
   WESLEY PERKOWSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WESLEY PERKOWSKI, | CASE NO.: 2:23-CV-02803-DJC-JDP |
|---|---|
| Plaintiff, | *[Removed from San Joaquin County Superior Court, Case No. STK-CV-UWT-2023-0011482]* |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC. and DOES 1 TO 10, | **AMENDED SECOND JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER** |
| Defendants. | |
| | Complaint Filed: November 1, 2023<br>Trial Date: November 10, 2025 |

Pursuant to Locale Rule 144, Plaintiff WESLEY PERKOWSKI ("Plaintiff") and Defendant FEDEX GROUND PACKAGE SYSTEM INC., ("Defendant") ("collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate and respectfully request that the Court continue the fact and expert discovery cutoff and associated deadlines as follows.

WHEREAS, on February 2, 2024, this Court issued a Scheduling Order establishing the discovery deadline dates for the instant matter [Dkt. 7];

WHEREAS, in the Scheduling Order the Court set a fact discovery cutoff of December 13, 2024 [*Id.*];

WHEREAS, in the Scheduling Order the Court set a cutoff for the Parties to disclose expert witnesses and produce reports in accordance with FRCP 26(a)(2) by January 10, 2025 [*Id.*];

WHEREAS, in the Scheduling Order the Court set a cutoff for the Parties to disclose rebuttal expert witnesses and produce reports in accordance with FRCP 26(a)(2) by February 7, 2025 [*Id.*];

WHEREAS, in the Scheduling Order the Court set an expert witness discovery cutoff of March 7, 2025 [*Id.*];

WHEREAS, on December 9, 2024, the Parties filed a Joint Stipulation to Continue Discovery Deadlines [Dkt 11.];

WHEREAS, on December 11, 2024, this Court issued an Order extending the below discovery deadlines:

- Fact Discovery deadline extended to February 28, 2025,
- Initial Expert Disclosure and Reports deadline extended to March 14, 2025,
- Rebuttal Expert Disclosure and Reports deadline extended to April 4, 2025, and
- Expert Discovery deadline extended to April 25, 2025.

[Dkt. 12.];

WHEREAS, the Parties requested a prior extension and change to the Scheduling Order's discovery cutoff dates, was the Joint Stipulation filed on December 9, 2024 [Dkt. 11] and Order granted on December 11, 2024 [Dkt 12.];

WHERAS, on February 28, 2025, the Parties filed a Second Joint Stipulation to Continue Discovery Deadlines [Dkt 15.], and Deputy Michel informed the Parties that the Court could not accommodate the proposed schedule as set forth in the Parties' Stipulation, and provided the below

1. recommended schedule that the Court's calendar could accommodate;

WHEREAS, the Parties have engaged in and continue to engage in fact discovery, but because of unforeseen delays related to Defendant's employee witness's extended leave from work that made him unavailable for his deposition, but who is now available should the Parties be granted an extension to arrange and schedule said deposition;

WHEREAS, the Parties have and continue to cooperate in the exchange of necessary discovery, and therefore respectfully request that this Court grant the Partiers agreement to extend the deadline for the fact discovery consisting of:

    a. Deposition of Defendant's employee, David Olmedo, to be taken within the month of March; and

    b. Follow up discovery relating to Olmedo's testimony during his deposition or related to Defendant's production in response to Plaintiff's Request for Production, Set Three.

WHEREAS, the Parties have engaged in and continue to engage in fact discovery necessary for both Parties, and therefore agree to extend the deadline for the expert witnesses taking into account the new fact discovery cutoff date;

WHEREAS, FRCP 29(b) allows for Parties to stipulate that other procedures governing or limiting discovery be modified;

WHEREAS, such stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery, for hearing a motion, or for trial;

WHEREAS, the Parties seek to resolve the issue without additional motion work;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order;

WHEREAS, no party will be prejudiced by the requested extensions, and

///

///

///

///

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court, subject to its availability, permitting the following new deadlines:

| Event | Original Deadline | First Extended Deadline | Proposed New Deadline |
|---|---|---|---|
| Fact Discovery | 12/13/2024 | 2/28/2025 | 3/28/2025 |
| Initial Expert Disclosure and Reports | 1/10/2025 | 3/14/2025 | 4/16/2025 |
| Rebuttal Expert Disclosure and Reports | 2/7/2025 | 4/4/2025 | 4/30/2025 |
| Expert Discovery | 3/7/2025 | 4/25/2025 | 5/23/2025 |
| Dispositive Motions | 5/16/2025 | No Change | 6/27/2025 |
| Last day for hearing on Dispositive Motions | 6/26/2025 | No Change | 8/21/2025 |
| Final Pretrial Conference | 9/11/2025 | No Change | 11/6/2025 |
| Trial | 11/10/2025 | No Change | 11/12/2025 |

**IT IS SO STIPULATED.**

DATE: March 7, 2025                            FISHER & PHILLIPS LLP

By: /s/ Elizabeth C. Lobaugh
Christopher S. Alvarez
Elizabeth C. Lobaugh

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.

DATE: March 7, 2025                            PERKOWSKI LAW OFFICE

By: /s/ Leora J. Perkowski
Leora J. Perkowski

Attorney for Plaintiff
WESLEY PERKOWSKI

# ORDER

Having read and considered the Parties' Joint Stipulation, for good cause appearing, IT IS HEREBY ORDERED that all pretrial and trial dates and deadlines be MODIFIED as follows:

| Event | Original Deadline | First Extended Deadline | Proposed New Deadline |
|---|---|---|---|
| Fact Discovery | 12/13/2024 | 2/28/2025 | 3/28/2025 |
| Initial Expert Disclosure and Reports | 1/10/2025 | 3/14/2025 | 4/16/2025 |
| Rebuttal Expert Disclosure and Reports | 2/7/2025 | 4/4/2025 | 4/30/2025 |
| Expert Discovery | 3/7/2025 | 4/25/2025 | 5/23/2025 |
| Dispositive Motions | 5/16/2025 | No Change | 6/27/2025 |
| Last day for hearing on Dispositive Motions | 6/26/2025 | No Change | 8/21/2025 at 1:30 PM |
| Final Pretrial Conference | 9/11/2025 | No Change | 11/6/2025 at 1:30 PM |
| Trial | 11/10/2025 | No Change | 1/12/2026 at 8:30 AM |

**IT IS SO ORDERED.**

Dated:  March 10, 2025                              /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE