UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY PERKOWSKI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and DOES 1 TO 10,<br><br>　　　　　　Defendants. | CASE NO.: 2:23-CV-02803-DJC-JDP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE FILED CONCURRENTLY HEREWITH**<br><br>Complaint Filed:　November 1, 2023<br>Trial Date:　　　January 29, 2026 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

SO ORDERED.

Dated: June 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

# CERTIFICATE OF SERVICE
*Perkowski v. FedEx Ground Package System, Inc.*
Case No. 2:23-cv-02803-DJC-JDP

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.  On June 25, 2025, I served the within document(s): **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**

| | |
|---|---|
| ☑ | With the Clerk of the Court for the United States District Court-Central District of CA by using the Court's CM/ECF system and that service will be accomplished by the court's CM/ECF system to the person(s) as set forth below. |
| ☐ | By transmitting electronically document(s) listed above to the email address(es) listed below. |
| ☐ | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below. |
| ☐ | By arranging with First Legal Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | By placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed to the plaintiff as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices. |

Leora J. Perkowski
Perkowski Law Office
4719 Quail Lakes Drive, Suite G-101
Stockton, CA 95207
E-mails: perkowski.law@gmail.com
**Attorneys for Plaintiff, WESLEY PERKOWSKI**

☑ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 25, 2025, at Irvine, California.

*/s/ Michele Wilson*
Michele Wilson